# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

SHELLY KIEL

                  Plaintiff,

v.                                                                                                             Civil No. 22-1319 (JRT/ECW)

MAYO CLINIC HEALTH SYSTEM
SOUTHEAST MINNESOTA,

                  Defendant

---

SHERRY IHDE,

                  Plaintiff,                                 (Related Case)

v.                                                                             Civil No. 22-1327 (JRT/ECW)

THE MAYO CLINIC,

                  Defendant

---

ANITA MILLER,

                    Plaintiff,                                 (Related Case)

v.                                                                             Civil No. 22-1405 (JRT/ECW)

THE MAYO CLINIC,

                  Defendant

---

KENNETH RINGHOFER,

                    Plaintiff,                                 (Related Case)

v.                                                                            Civil No. 22-1420 (JRT/ECW)

MAYO CLINIC AMBULANCE

                  Defendant

---

| | | |
|---|---|---|
| KRISTIN RUBIN, | | |
| | Plaintiff, | (Related Case) |
| v. | | Civil No. 22-1427 (JRT/ECW) |
| THE MAYO CLINIC | | |
| | Defendant | |

**PLAINTIFFS' JOINT NOTICE OF APPEAL**

Notice is given to the Defendants that plaintiffs Sherry Ihde, Anita Miller, Kenneth Ringhofer, Kristin Rubin, and Shelly Kiel (related cases) jointly appeal to the United States Court of Appeals for the Eighth Circuit from their final judgments entered on August 4, 2023 and August 7, 2023 that were based upon the Memorandum Opinion and Order dated August 4, 2023. (Ihde (Judg. Dckt. No. 54 (Aug. 7, 2023); Memo. Op. and Or. No. 53)), (Miller (Judg. Dckt. No. 55 (Aug. 7, 2023), Memo. Op. and Or. No. 54)),,(Ringhofer (Judg. Dckt. No. 51 (Aug. 7, 2023); Memo. Op. and Or. No. 50)), (Rubin (Judg. Dckt. No. 48 (Aug. 7, 2023); Memo. Op. and Or. 47), and Kiel (Judg. Dckt. No. 63 (Aug. 4, 2023); Memo. Op. and Or. No. 62)). The Memorandum Opinion and Order issued as one combined opinion and order for the related cases, dismissed their respective Title VII and related claims.

Plaintiffs joint appeal is made in accordance with the Federal Rules of Appellate Procedure Rule 3(b)(1). Their related interests make joinder practicable.

Dated:  August 30, 2023            *s/Gregory M. Erickson*
                                   Gregory M. Erickson, 276522
                                   Vincent J. Fahnlander, 19220X
                                   Mohrman, Kaardal & Erickson, P.A.
                                   150 South Fifth Street, Suite 3100
                                   Minneapolis, Minnesota 55402
                                   Telephone: 612-341-1074
                                   Email: erickson@mklaw.com
                                   Email: fahnlander@mklaw.com
                                   *Attorneys for Plaintiff*